IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| JOHN COMEAUX, ET AL., § | | |
| On behalf of themselves and all others § | | |
| similarly situated, § | | |
| *Plaintiffs*, § | | |
| § | | |
| v. § | NO. | P:20-CV-00015 - DC |
| § | | |
| LOTRAK ENVIRONMENTAL § | | |
| SERVICES, ET AL., § | | |
| *Defendants*. § | | |

**FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE**

It is ORDERED the above-styled and numbered cause is DISMISSED WITHOUT PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and based upon the Parties' Notice of Dismissal Without Prejudice (Doc. 17) filed October 9, 2020.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same. All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 14th day of October, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE