IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| JOHN COMEAUX, ET AL, on behalf of themselves and all others similarly situated,<br>　　*Plaintiffs*, | §<br>§<br>§<br>§ | |
| v. | §<br>§ | NO. P:20-CV-00015 DC |
| LOTRAK ENVIRONMENTAL SERVICES, LLC, ET AL.,<br>　　*Defendants*. | §<br>§<br>§<br>§ | |

**AMENDED**
**FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE**
**AS TO BETH LAMBERT**

ON THIS DAY the Court considered the Parties' Notice of Dismissal Without Prejudice as to BETH LAMBERT (Doc 17) filed October 9, 2020.

It is ORDERED, Defendant BETH LAMBERT., is DISMISSED WITHOUT PREJUDICE.

It is FURTHER ORDERED attorney fees, expenses and court costs shall be borne by the party incurring same.

IT IS FURTHER ORDERED that all pending motions pertaining to BETH LAMBERT., if any, are DENIED AS MOOT, and all relief not expressly granted is DENIED.

IT IS FINALLY ORDERED that the Court's Final Order of Dismissal Without Prejudice (Doc. 18) entered October 14, 2020, is **VACATED**.  This case and remains pending as to Defendant LOTRAK ENVIRONMENTAL SERVICES, LLC.

It is so **ORDERED**.

SIGNED this 16th day of October, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE