# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | | |
|---|---|---|
| JOHN COMEAUX and DARRALL HENRY, Individually and on behalf of all others similarly situated,<br>*Plaintiffs*, | §<br>§<br>§<br>§<br>§ | |
| v. | § | No. PE:20-CV-15-DC |
| | § | |
| LOTRAK ENVIRONMENTAL SERVICES, LLC,<br>*Defendant*. | §<br>§<br>§<br>§ | |

## FINAL JUDGMENT

By separate order, the Court has granted Plaintiffs' motion for default judgment against Defendant. (Doc. 28). Accordingly, the Court **ORDERS** that Defendant Lotrak Environmental Services, LLC pay Plaintiffs: (i) unpaid overtime wages in the amount of $146,162.50; (ii) an equal amount in liquidated damages; (iii) $2,520.00 in attorney fees; and (iv) $625.55 in costs.

It is therefore **ORDERED** that Defendant Lotrak Environmental Services, LLC pay Plaintiffs $289,470.55 for actual and liquidated damages, attorney fees, and costs.

All relief not expressly granted is **DENIED**. This is a final judgment.

It is so **ORDERED**.

SIGNED this 23rd day of September, 2021.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE